## Attachment 1 (20220505)

## Eyewitnesses and Suspicious Actors (SAs)

**1-#LemonZest  (Unidentified)** [1]

**2-#LemonyKickit (Unidentified)** [2]

#LemonZest and #LemonyKickit appear to work together as a tactical unit pursuing common goals with other tactical units and independents coming from other areas.



#LemonyKickit and #LemonZest were very active at the initial line breaches and wandered around waiting for orders.  Here #Lemony (below) converses with a man on a satellite phone around organized efforts to remove signage and fencing as organized efforts move people up to the Capitol in graduated step downs.

---

[1] For simplicity and to tie material witness and SA information in this memo to a categorization system pioneered by SeditionHunters.Org we use its hashtag tagging and name convention system where possible.

[2] https://rumble.com/vjm7xj-lemonykickit-capitol-riots.html ;https://docs.google.com/spreadsheets/d/1J9CxEm0uq5yu5lZZE8CJOng4qvZ8lOMqtMhA2Vs75WY/edit#gid=0



1-#LemonZest and #LemonyKickit then breached the Senate gates and met SAs on the East Steps (foreground). Few of these individuals below have been publicly identified or charged.



They then pushed through on the steps and coordinated and engaged in skirmishing in front of the Columbus Doors. After completing their work, both split up and exited. Here #LemonyKickit (below) exits after swapping hats to disguise his appearance.



**3-Ronald Loerke**  a/k/a/ #MaroonPB (Charged; unknown detention status)



Loerke operates with 21-#ZZTopPB James Haffner (below).  Loerke and Haffner played a leadership role in key access points on January 6th and were active in and around the Columbus Doors.  Loerke and Haffner arrived at the grassy area to the East of the Capitol with a column of Proud Boys prior to 12:30 am.  At 12:55pm – Loerke is at the First Barricade Breach on Pennsylvania Walkway with 32-Ray Epps, 10-Timothy Allen Hart, 31-#TealScrambler and others.  At 12:56pm – he is at the Second Barricade Breach.  At 12:58pm – he is at West Plaza Barricade Breach at which time he leaves to join up with #LemonyKickit, #LemonZest and other SAs.  Loerke makes an impromptu speech on his way to the East.

Haffner is seen to exit an area on the North side onto Capitol grounds just prior to Loerke arriving to remove fencing and signs under observation of police.  He and Haffner walk are observed as an advance team that takes down and throws barriers at the Senate entrance and then removes barriers with #LemonyKickit and #LemonZest.  With police Loerke and Haffner then lead a column of SAs which is filmed by 5-#RedYuppyPhotog. Loerke and Haffner join other SAs in removing barriers[3] and then they move towards the East steps where Loerke initially distracts police on post at the South side of the steps and then engages with police on the North side of the steps.  They then help "break through" police on the East Steps.  Haffner and Loerke are key SAs in front of the Columbus Doors and helped clear police and any residual rally

---

[3] As SAs are led in by #LemonyKickit and other SAs this video shows Haffner at work. https://twitter.com/capitolhunters/status/1402068263828295680?s=20

attendees from the front prior to the Oath Keepers arrival.  Both SAs then entered the Capitol during Opening 2 and greeted other SAs from the West.

## 4-#GooseinGrey (Unidentified)

#GooseinGrey facilitates rally attendees in the East side by removing fencing within control of Police, he pushes through with SAs on the East Steps, he is active in front of the Columbus Doors and he steals a shield and skirmishes with police and skirmishes inside Congress.



The 3-Loerke/21-Haffner tactical team and the 2-#LemonyKickit/1-#LemonZest tactical team converge to remove Senate access point barriers (below) and lead a column of SAs to the East Steps with USCP also at the head of the column.



**5)      5-#RedYuppyPhotog (Unidentified)**

Wears an earpiece and films the column of SAs being let in through the Senate checkpoint and material witnesses and/or SAs including 1-#LemonZest; 2-#LemonyKickit; 3-#Maroonpb (Loerke); 21-#ZZTopPB (Haffner), 4-#GooseinGrey, 37-#SmokyInsider, 46-#Frizz and others including 36-#PencilBeardInsider, #60-RedDevil, and #18-GadsdenPouch fanned out to the column's Northeast on the way to the East Steps. 5-#RedYuppyPhotog coordinates with these and other SAs in front of the Columbus Doors prior to the Oath Keepers. He is observed to film when rally attendees engage in provocateur activity, he changes his appearance, he confers with SAs from other areas, and he films police attacks, taking direction from 6-Lawrence Ligas and others, while appearing to receive communications in real time.





**6.**    **Lawrence Ligas** **(identified 1/21; charged late 11/21 with misdemeanors)**



Ligas was not charged until December, 2021 (with misdemeanors) after being reportedly identified in late January 2021.  Moments prior to being ushered in front of the Columbus door-- one minute prior to Columbus Door Opening 2—Lawrence Ligas (in disguise) may have engaged Co-Defendant James Dolan while #Insider486 (behind blue flag) may have engaged Ken Harrelson.  Simultaneously, #PreyingSnake and his two unidentified co-conspirators may have engaged the remaining Oath Keepers.  This photo catches the moments after the entire crowd sang the National Anthem.  Other video documents show that this was cued by 12-#Insider275, in front of the Columbus Doors.  The National Anthem was begun around the time the Oath Keepers arrived at the bottom of the East Steps. This visual information may suggest operational sequencing that may have included an effort to lead, pretext, lull, escort and usher the Oath Keepers to the Columbus Doors.

A-Harrelson and 22-#Insider486          6-Ligas and B-Dolan          9-#PreyingSnake & OK's



Earlier in the day, prior to the President's speech, 6-Ligas appeared in the morning in front of the East Steps where a gaggle of SAs had appeared and where USCP later stacked its resources.  Below 6-Ligas walks past 15-#BullhornEagle, 9-#PreyingSnake, 14-#PasterBill and other SAs, holding his wig cap and phone. Soon, 6-Ligas would be interviewed by George Webb where he discussed his motives.[4]

President Trump is yet to speak at the ellipse.  After altering his appearance, Ligas is later interviewed in front of the Columbus Doors exhibiting awkward speech patterns and mannerisms in an interview with Bangumi.[5]

---

[4] https://www.dropbox.com/s/t7y6btieqixjfix/GeorgeLarryWithoutDisguise2100.mp4?dl=0

[5] REDACTED

Before the key moments pictured above, 14-#PasterBill spent the morning giving speeches and engaged in a lulling exercise with participation of USCP where he blared on his bullhorn the message from a USCP officer.[6] This was then echoed on bullhorn by conspirator 44-#NewBible with interplay between #15-BullhornEagle, 16-#Clayton and others.[7]    The impression a rally attendee might have come away with from this coordinated messaging—now unearthed on video being facilitated possibly knowingly by USCP—as the crowd *en mass* played the children's game "telephone" and spread the message far and wide--was that USCP was seeking permission to march to the East Steps. This refrain is heard elsewhere around the Capitol suggesting a concerted plan.



Later (below), 6-Ligas with SAs including , #BigOrangeBrawler (in orange) pushed through temporary barriers while others, including 15-#BullhornEagle, 14-#PasterBill and 9-#PreyingSnake, directed the activities and concealed the barriers.  15-#BullhornEagle and 17-Edward McAlanis (sentenced to probation on misdemeanors) who may have witnessed and/or coordinated these efforts with the breakthrough that comes from the Senate entrance side from the SA group (1, 2, 3 and 21) that had its origins at the 32-Ray Epps initial access point.

24-Megan Paradise, who appears from video to engage in parallel conduct with 32-Epps in the morning using identical language at the ellipse, is heard to state on bullhorn in front of the East Steps "c'mon guys, they are breaking through in the West" approximately three minutes before presumptive SAs battled up into the scaffolding in the West.  This coincided with jostling the barriers in the East. Just prior to the SAs pushing through around 6-Ligas, possibly timed to coincide with SAs pushing through the Senate access point just as a last motorcade government

---

[6] https://www.dropbox.com/s/b7ttexzwth8v2gz/FFG%20Ex5-3%20%281%29.mp4?dl=0

[7] https://www.dropbox.com/s/npuuot32cu4m9bh/Exhibit%206%20Twitter%20%28public%29%20large%20force%20of%20provacateurs%20Jan%206%20morning.mp4?dl=0

SUV's rolled out, 24-Paradise can be heard to say on bullhorn: "you guys better f***** join us in the thing!"



#15-BullHorn Eagle in front of the East Steps may be looking for SAs expected to be breaking through the Senate access point.



After the initial barriers are pushed through, 17-McAlanis, 16-"Clayton" and 14-#PasterBill reach the South side of the East steps first in a phalanx with other SA influencers and inciters (below).



Once at the East Steps, 6-Ligas may be seen searching the crowd. Later, 6-Ligas pushes in the SA scrum. To his left is 50-#LookoutGrey who earlier appears to have assisted in pushing Defendant Dolan into a staged altercation with a police officer who also seems to have been pushed below the police line and he later functions as a lookout standing on an East column.  He is surrounded by SAs most of whom have not been publicly identified.


# REDACTED


With the outer Columbus doors still closed, 15-#BullhornEagle (leader of SAs in front of East steps) meets up with 2-#LemonyKickit (Senate access point).

# REDACTED

In the photo below and off camera we have along the inner edge 2#LemonyKickit, 1#LemonZest, 37-#SmokyInsider, 36-#PencilBeardinsider, 15-#BullhornEagle, 16-#Clayton, 4-#GooseinGrey, 18-#GadsdenPouch and others.



As 15-#BullhornEagle looks back, Ligas accesses his phone and a screen saver is briefly shown of an individual who appears to be graduating from a military academy.

REDACTED

8

Below, just prior to Door Opening 1, SAs surround police officers at the North side of the door and usher them off to the side.

REDACTED

6-Ligas directs the activities for a period after 15-#BullhornEagle entered the Capitol during Opening 1 when the door was opened by 38-George Tenney.  Here Ligas looks on passively as 19-#JamesDeanWannabe hoses down the front of the door including police officers

---

8 (210107 Laura Bangumi USA Capitol Washington video [under seal])

along with 3-Ronald Loerke, 21-James Haffner, 2-#LemonyKickit, 1#LemonZest, 4-#GooseinGrey, 8-#Insider486 and other SAs.  Earlier, 19-#JamesDeanWannabe seems to work with SAs attempting to push Oath Keeper James Dolan at a police officer who was being surrounded and pushed towards Dolan on the East Steps.  19-#JamesDeanWannabe holds the only Confederate flag evident on video that is in front of the Columbus Door, he leads vicious attacks by SAs on police with chemicals and mace, he moves through the crowd of SAs effortlessly and darts into the Capitol during Opening 2 and violently pulls people into the Capitol.[9] Videotape now can tell the story that documents none of the instant charged defendants were there or participating.

# REDACTED

---

[9] #JamesDeanWannabe is circled in red:
https://www.dropbox.com/s/assx1fbtu1206l4/ATQfd.haa.mp4?dl=0

# REDACTED

Here 6-Ligas, gives directorial advice to 5-#RedYuppyPhotog who earlier filmed the SAs entering from the Senate checkpoint filming mace attacks on police while SAs look on. 7-#Insider1340 is ever present including when the Oath Keepers protected Officer Harry Dunn.

# REDACTED

After 6-Ligas takes brief command and control of SAs in front of the door, he changes position and hands control off to 12-#Insider275.  By now, 6-Ligas has now moved over to 26-#FlightDeckControlChief around where the Oath Keepers are brought in minutes.  In the foreground, 7-#Insider486 moves in to intercept the Oath Keepers who have now entered the Capitol Complex. As B-Meggs and the OathKeepers arrive at the bottom of the steps, 12-#Insider275 cues the National Anthem sequence. When the crowd gets to the last line of the

Anthem, 6-8 SAs spray down the front area with chemicals to incapacitate and confuse police while clearing the area of any non-SAs.

REDACTED

Ligas and 126-#FlightDeckControlChief stand at the base discussing last details while #27-GardenGloves waits in position. Earlier, prior to pushing through initial barriers in front of the East Steps, #GardenGloves accompanied #PasterBill and #44-NewBible to meet with the Arizona Proud Boys.[10]

---

[10] 0932_USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_16h46min30s (@1:11 center of screen).



As the Oath Keepers get to the bottom of the steps, 12-#Insider275 has already begun the National Anthem sequence and 9-#PreyingSnake shadows the Oath Keepers and gestures to confederates to push up.[11]

B-Meggs with Oath Keepers in tow comes up behind 10-Timothy Allen Hart who turns right and begins filming. #Insider486 steps towards Meggs and Meggs turns left to move towards A-Harrelson and B-Dolan. A second later, #Insider486 zips over behind Harrelson.

---

[11] @ 20 seconds.  https://www.dropbox.com/s/gddi98bax2j69ed/WKnkimx6Y2Zgo-WefltD4MF3KOx_PiL6weo2EGBQ8__C.mp4?dl=0



This is what is occurring in front of the Columbus Door while everyone is singing the National Anthem Sequence led by #Insider275.



**"…and the Rockets' red glare, the bombs bursting in air…"**



While most shots of 8-#Insider486 and A-Harrelson are obscured by 13-#Flagman who pulls his flag out from his back and holds it up, photographic and video evidence shows an exchange. The photos below captures A-Harrelson and C-Meggs conferring after #Insider486 is seen talking behind him. While this is happening police in front of the Columbus Doors are being hosed down with mace and the crowd of SAs is roiling to prepare for Opening 2 and the Oath Keeper ambush.



*"And the Home … of the … Brave"*

As many as six (6) to eight (8) SAs including 22-James Haffner and #JamesDeanWannabe hose down the police with mace and chemicals.  The dynamic of the crowd make this almost invisible or fleeting to almost all publicly available camera angles so most people in the crowd could not have known these chemical assaults occurred and certainly no one could have known who was standing on the steps which is where the Oath Keepers were positioned at exactly this moment.



[12]

---

[12] https://twitter.com/capitolhunters/status/1466930502552723462?s=20



Moments later, the Oath Keepers are led to the right of the column on the right.  The photo below shows what they would have seen from the perspective of a selfie stick held aloft.  You can see that the broken windows (now observable as having been broken by 37-#smokyinsider, 36#pencilbeardinsider and at least a third unidentified person) cannot be observed by someone standing here even with a field of view at ~12-15' high.  Vision is still blocked and the Oath Keepers have approximately one minute until Opening 2 to extricate themselves from the trap in a deafening environment of spectacle, activity, confusion, and cheering.



Moments later A- Harrelson has arrived in a channel in the crowd and in front of him is 8-#Insider486. In front of him (obscured) is D-Defendant Isaacs, then 6-#Lawrence Ligas and #3-Ronald Loerke are in front of him.



They step up and A-Harrelson is blocked.



#Insider486 and Ligas and the #PreyingSnake trio lead the group in front of the doors and in the process of moving forward they pick off Co-Defendant Isaacs and bring him to #Insider1340 over the watchful eye of 26-#FlightDeckControlChief all to chanting led by 24-Megan Paradise.





6-#Ligas pulls 7-#Insider1340's torso back so that Issacs can be secured in front of him while being controlled by 8-#Insider486. At sometime during this period, lookouts on the columns communicated with organizers around the vehicles that the Oath Keepers were in position and that the crowd had to be pushed up to create the desired compression to spring the trap in front of the Columbus doors.[13]

---

[13]

https://www.dropbox.com/s/zy72ti3js03hu2r/LookoutsTellCOThatOKsAreInPocketHIGHLIGHTED_FINAL.mp4?dl=0



After Ligas ushers Isaacs to the front of 7-#Insider1340 Isaacs enters the Capitol shortly after #25-MagaLongPinkie "high-fives" #MolonSmash.  In fairness, no one in this area had the freedom of movement after the crowd compressed.



Rewinding the clock again to the minute during which the door remained closed, Ligas, after dropping off Isaacs well ahead of the group, makes his way back gesturing to the Oath Keepers while they walk forward into a crowd channel. Ligas gestures and calls to the OathKeepers.



6-Ligas comes back to form up with the front of C-Meggs and the Oath Keepers. A-Harrelson broke left behind flags and C-Meggs looks over. Photos and ideos are elevated 3-4 feet above head level exaggerating field of view. The door is mostly blocked by heads and flags that are draped that conceal the door. When the door opens the SAs collapse around them.



6-Lawrence Ligas enters while 41-GasMaskTwins, #Insider275 and 29-#insider1022 while 4-#GooseinGrey and 19-#JamesDeanWannabe confer (off camera).





Above, the French film crew moves through a channel next to Ligas. Moments later, Ligas is in front of A-Harrelson who is separated from other OK's as 9-Preying Snake looks over to A-Harrelson. 26-#FlightDeckControlChief picks him up and 9-PreyingSnake duo can be seen adjusting the backpack of 26-#FlightDeckControlChief as the Oath Keepers begin to leave in a group towards the Rotunda.



Followed into the Rotunda by 9-#PreyingSnake and his two partners and 24-#Megan Paradise, the Oath Keepers are led in by 6-Lawrence Ligas and are watched by 30-#Insider809 who is also present later for the Officer Dunn interaction along with 7-Insider1340.[14]

---

[14] https://www.dropbox.com/s/ztln1x5l76ajdks/IMG_5323.MP4?dl=0



As Sgt. Kenneth Harrelson, ret. gets down on his knees to pray in the Rotunda with other Oath Keepers, he is filmed or livestreamed by #12-Insider275.

REDACTED

### 7-#Insider1340 (Unidentified)

Very active on East Steps and is in front of the Columbus Door where he took custody of Oath Keeper Isaacs.  #Insider1340 was present when the Oath Keepers came to the defense of Officer Dunn. After Ashli Babbit was shot dead, he is seen to form up and exit hastily from the building with #PreyingSnake and others.[15]



### 8-#Insider486 (Unidentified)



Skirmished, attacked police, maced police, got maced, retrieved the Oath Keepers and, after the Oath Keepers were led onto the Columbus Door level, he helped separate and seal off Defendant Isaacs to ensure that the remainder of the Oath Keepers were enticed to follow.

### 9-#PreyingSnake and Associates (Unidentified)

#PreyingSnake and his two unidentified friends. Assisted in #PastorBill's Hallelujah Chorus in the morning, helped break through the initial barriers, engaged in strange exchanges involving backpacks, stood on vehicles and waved flags, shadowed the Oath Keepers when they walked up the steps and he signaled to confederates down below to move the crowd up.  On the East Stairs he assumed a position at the Northeast lower edge of Oath Keepers, and then helped flush the Oath Keepers up and into the pocket in front of the Columbus Doors. He followed them into the area between the Columbus Doors and the Rotunda.  He adjusted 26-FlightDeckControlChief's backpack, followed the Oath Keepers into the Rotunda, and made lulling attempt to get the Oath Keepers to the House immediately prior to the Babbit shooting.

---

[15]

https://www.dropbox.com/s/6s00twauwwlsu1v/preying%20snake%20runs%20after%20ashli%20shot.mp4?dl=0



**10-Timothy Allen Hart (Charged; unknown detention status)**

Identified and charged. Hart was also very active working to breach with 32-Ray Epps' breach team that included 3-#Ronald Loerke.  Hart may have whistled as a signal to begin the "breach."



Interestingly, he initially walks in front of the Oath Keepers as they walk up the East Steps, but he peels off left and then films the Oath Keepers walking towards Harrelson and Dolan.  His activities are extensively documented in charging documents except for his activities on the East Steps.[16]

---

[16] https://www.justice.gov/usao-dc/case-multi-defendant/file/1408076/download



## 11-#ProudDoorSmasher (Unidentified)

#ProudDoorSmasher walks past signs and fencing being removed under a watchful USCP presence.



**12-#Insider275 (Unidentified)**

#Insider275 and #Insider485 prior to the Trump speech in front of the Capitol (left) and in the Rotunda with #Insider486 in background (right). When the Oath Keepers crossed a checkpoint near the bottom of the East Steps, #Insider275, at the North side of the Columbus Doors, began singing the Oath Keepers National Anthem.  Later he can be seen high fiving other SAs and films his quarry while they are praying in the Rotunda.



**13-#Flagman (Unidentified)**



**14-#PastorBill (Unidentified)**



**15-#BullHornEagle (Unidentified)**



#Insider2241

**16-#Clayton (Unidentified)**



**17-Edward McAlanis (sentenced on misdemeanors)**



**18-#GadsdenPouch  (Unidentified)**

Helped push through an initial police skirmish line on the steps with mostly unidentified
SAs.  He was present when 35-Hunter Allen Ehmke broke the window to the North side
of the Columbus Doors that may have pretexted police from defending the door. He gave
a media interview and also took part in the Media attack later that evening with
#Individual4, #CamCrusher, #GreyPuma, and #MolonSmash and dozens of other
provocative suspects who are yet to be arrested some of whom were instrumental in
Opening 2.



REDACTED

**19-#JamesDeanWannabe (Unidentified)**





While on the East Steps, 19-#JamesDeanWannabe helped trap Defendant James Dolan into a tight space with a USCP police officer, and clearly knew many SAs skirmishing in front of the Columbus doors. He is the SA holding the one Confederate flag for the cameras that is visible in the East, and he is able to cut through the dense SA crowd with ease. He stands on a column and sprays chemicals on police and on protestors in front of the Columbus Doors more than once. He doses the police at the end of the National Anthem led by 12-#Insider275. When the door opens a minute after the Oath Keepers are ushered to the Columbus Doors level, he shoots in and can be seen pulling people in violently though the doors. The moment 12-#Insider275 entered the Columbus Doors.



After playing a role in ambushing the Oath Keepers, #JamesDeanWannabe changes his appearance and can be seen on the East Steps.



**20-#GrandpaEarPlugs (Unidentified)**

# REDACTED

**21-#ZZTopPB ([James Haffner](#)[17]) (Charged; unknown detention status)**

[https://seditionhunters.org/zztopppb/](https://seditionhunters.org/zztopppb/) See 3-#MaroonPB (Ronald Loerke)(above)



**22-#Insider485 (Unidentified)**



---

[17] See Footnote 2.

**23-#Insider2316 (Unidentified)**



**24-Megan Paradise (AFP#9) (identified and uncharged)**
Here reportedly photographed while sitting at Speaker Nancy Pelosi's desk.

 

Used a bullhorn and engaged in similar activity as 32-Ray Epps at the ellipse encouraging everyone to go to the Capitol. Incited rally attendees in front of the East Steps and in front of the Columbus doors where she exhorted SAs to "break the door" and "steal the shield" during which 4-#GooseinGrey stole a shield. Like 32-Ray Epps, she was telling rally attendees to storm the Capitol when Trump was done speaking. She makes statements on video suggesting coordination. She is also very active on the steps, in front of the Columbus door and inside the Capitol. On a podcast Paradise's Aunt stated that Paradise had met with the FBI in January 2021 and provided her phone to the FBI. Her Aunt also said that the FBI told Megan to state that her attorney was working with the police and everything had been taken care of. Despite her culpability, Paradise has yet to be arrested.

REDACTED



**25-#MagaLongPinkie (Unidentified)**



Posing as a photographer, #MagaLongPinkie may have been at the #RayEpps breach and, while

acting as SA photographer, tries to rip the helmet off a police officer with Ronald Sandlin[18]. He hi-fives #MolonSmash[19] as the Columbus door is opened from the inside.

### 26-#FlightDeckControlChief (Unidentified)



### 27-#GardenGloves (Unidentified)

Worked closely with 14-#PasterBill and 44-#NewBible

---

[18] https://www.dropbox.com/s/9dwflib3yp8xpxw/sandlin-degrave_ss_indictment.pdf?dl=0

[19] https://twitter.com/ParlerVideos/status/1381212386338672641?s=20



**28-#Motorcycle (Unidentified)**



**29-#Insider1022 (Unidentified)**



**30-#Insider809 (Unidentified)**



Communicating on his phone in the rotunda when the Oath Keepers entered. May have shadowed the OK's and was present during the exchange when the Oath Keepers came to Officer Harry Dunn's defense.

**31-#TealScrambler (Unidentified))**



#TealScrambler staffed the 32-#RayEpps breach and manned the overlooking wall helping to boost attendance levels. Attended prior MAGA rallies.

**32- Ray Epps "#BigMAGACamo" (an identified organizer and active participant; uncharged)**



SAs who mixed with Ligas and the group of SAs in front of the East steps also came through the Epps breach.  Epps seems on January 5th and 6th to have engaged in organizing behavior to create overfill crowd levels at the Capitol. On the night of January 5th, Epps was filmed by Tim Gionet a/k/a "Baked Alaska" live stream imploring all viewers and everyone around him to "go inside the Capitol."[20] IN the morning of January 6, Epps was



**33-Tim Gionet[21] a/k/a "Baked Alaska,"** (Identified, charged with misdemeanors, and is out on pre-trial release despite presumably violating terms of release[22]).

Gionet claims he was told by the FBI to not to come to Washington on January 6, 2021.  This suggests a prior relationship with the FBI. He can be seen with Ray Epps on the night of January 5th.  Late in 2020, Baked Alaska can be seen having another "chance encounter" with Ray Epps

[20] https://www.dropbox.com/work/Public?preview=t5Rfd.gaa.mp4

[21] Id.

[22] https://abcnews.go.com/US/wireStory/personality-charged-damaging-hanukkah-display-81339425; https://www.wusa9.com/article/news/national/capitol-riots/capitol-riot-streamer-baked-alaska-sentenced-to-30-days-in-jail-in-az-assault-case-tim-gionet-white-nationalist-groyper/65-e23642de-dd67-4c69-81fd-0f82272d5008

in Arizona at another rally and Gionet has claimed on video he shares the same hometown with Epps.[23]

**34-John Sullivan a/k/a "Jayden X"** [24] A/K/A "Jayden X" (Identified, charged and out on pre-trial release[25])



Sullivan founded several activist groups including Insurgents USA.  He has a record as an SA, but may have severed his relationships to Antifa prior to January 6th, 2021. According to his brother, James, John organized SAs to infiltrate January 6th rally groups where SAs handed out disguises (MAGA political gear).  Prior to January 6, at an event in Provo Utah that he organized, a motorist was shot and killed.  He was arrested and charged.[26]  On January 6, 2022, shortly after Sullivan shared a joke with SA #PencilBeardInsider about a crowbar used to break the second window in the Columbus door, Ashli Babbit was killed by Capitol Security, that was captured on film by Sullivan.

**35-Hunter Allen Ehmke**[27] **(charged, status unknown)**

---

[23]https://twitter.com/ShawnWitzemann/status/1495139454444519430?s=20&t=viKcuKGtuSQ2R2sg_dOu8w

[24] Id.

[25] https://www.foxnews.com/us/judge-utah-conditional-release-john-sullivan-bail

[26] https://www.deseret.com/utah/2020/7/10/21320220/organizer-of-provo-protest-arrested-accused-of-rioting-making-threats

[27] https://twitter.com/rocketman2001/status/1387909817394548740?s=20



**36-#PencilBeardInsider (Unidentified)**

# REDACTED

#Pencilbeardinsider and conspirators are the actual persons who conspired to damage the doors that led to an impression that efforts to breach the door from the outside would cause the door to open. This was an elaborate ruse and had the effect of misattributing the causation of Opening 1 and 2. Activities inside and outside the Columbus door seems to have been primarily driven by SAs that have no connection to Defendant Harrelson and Oath Keepers.

37-#SmokyInsider can be seen gesturing to people inside the Capitol.[28] Later, Police can be seen in the Columbus door window 2:19:33 and the officer moves out of the way that creates room for SAs. SAs, with police a few feet away, engage in window breaking. 36-#PencilBeardInsider watches as 37-#SmokyInsider with an unidentified suspect broke the window on the right, moments later #PencilBeardInsider broke the window on the left.

---

[28] https://www.youtube.com/watch?v=W8Tatqg7kJk





**37-#SmokyInsider [#SmokeyInsider] (Unidentified)**

After Opening 1, 37-#SmokyInsider threw down a police officer[29] and later is near Officer Dunn when the Oath Keepers came to his defense.  He comes from the front of the East Steps, #PencilBeardInsider walks along the sidewalk from the Senate side opting not to join the column while #GadsdenPouch splits the distance between the column and #Pencil.  They push through the police line that was led on bullhorn by15-#BullhornEagle and other SAs. There are growing indications this may have been coordinated with SA activities in the West. https://seditionhunters.org/pencilbeardinsider/

---

[29] @1:50 https://www.dropbox.com/s/ty5s4lk29efksxj/GUQfd.gaa.mp4?dl=0



Above 36-#PencilBeardInsider (above left) enters the rotunda after passing 38-George Tenney who is charged and released on his own recognizance, even though Tenney seems to have engaged in aggressive, trained and coordinated behavior in regard to controlling and disabling police response. Later 34-John Sullivan films 36-#PencilBeardInsider (below) sharing what appears to be an inside joke with Sullivan outside the Speaker's Lobby stating that he "wishes he had the crowbar."[30]



---

[30] https://archive.org/details/CcWoDMZenyzdxzy5p (@1:05:24)





**38-George Tenney**

Tenney opened the door from the inside, possibly with USCP assistance, and he skirmished with and blocked police around the door. In Opening 1 and Opening 2, no ready explanation is apparent for why the door opened based on video review.   Tenney's charging documents[31] raise any number of questions and the circumstances of his pre-trial release are not standard.[32]

---

[31] https://www.justice.gov/usao-dc/case-multi-defendant/file/1412476/download

[32] https://www.dropbox.com/s/f6vk0qjqblfcyax/document.pdf?dl=0

**39-Ashli Babbit (shot dead by Capitol Security without warnings, cremated without honors)**



A few minutes after 37-#PencilBeardInsider was cracking an inside joke on video with John Sullivan, 39-Ashli Babbit, after confronting police officers for not stopping SAs from breaking glass (and just prior to their abandoning their posts), punched 40-Zachary J. Alam, a suspected Antifa agitator, and she appears to be attempting to escape. Instead she was shot in the neck by a Capitol Police Officer.



**40-Zachary Alam**

Crowdsourced images of FBI 79-AFO #helmetboy



**41-#GasMaskTwins**

**42-#SandstoneHoodie**



REDACTED



**43-#Samuel DiGangi**



**44-#NewBible**



**45-#BigOrangeBrawler**



**46-#Frizz**

# REDACTED

**47-Nancy Barron   48-#MagaHatShieldSharpie**

**See photo at bottom of page 2**

**49-#GreyHatProfile**



**50-LookoutGrey**



**51-#GreyPuma**



**52-#CamCrusher**



**53-#CrazyGlasses**



**54-#KennyRogersEarPiece[33]**

**55-#CapitolQuisling**

#CapitolQuisling is unidentified and at large. Very active at access points in the West and East leading up to his arriving at the East steps just prior to the breakthrough of the initial police line.



REDACTED

---

[33] First Door Opening while #SmokyInsider berates police officer at conclusion of Opening 1 https://twitter.com/MThymol/status/1486377526998056965?s=20

**56-#DementedWhiteScarf**



**57-Ricky Christopher Willden[34](#GreenCanMan)(Charged, plea agreement, not detained)**



---

[34] https://www.justice.gov/usao-dc/case-multi-defendant/file/1492861/download

**58-#Insider858 (Unidentified)**

 REDACTED

**59-#TraderVick (Unidentified)**

REDACTED

**60-#RedDevil (Unidentified)**

REDACTED

**61-#FlagHatTwins (Unidentified)**



**62-Audrey Ann Southard (#UncagedBird) (Charged; detention status unknown)**

Southard has all the characterisics of a trained agent provactuer. She is very active on the East steps and her behavior stands out in the hallway on the way to the Speaker's Lobby.[35]



---

[35] https://archive.org/details/CcWoDMZenyzdxzy5p (@56:00)

**63-#Let'sGoEarPiece45 (Unidentified)**

# REDACTED

**64- RIDGE IV, Leonard Pearson #LeoRidge4 (Sentenced)**

**65-#RedBeefJerky (Unidentified)**

**66- Jeremy K. Baouche (#SubmarinerCuffs) (Charged; Detention status unknown)**





**67-#BadMexicanPoncho (Unidentified)**

REDACTED



**68-#ElmerFuddGlasses (unidentified)**

REDACTED

**69-#BlondeSprayer (Unidentified)**



Below 69-#blondesprayer is removing barriers with Loerke (3-#MaroonPB AFB#273), Haffner (#ZZTOPPB AFB 272) and 4-#GooseinGrey all under the watchful eye of USCP and who all appear to work in concert on the steps and in front of the Columbus Door:





**70-#SignBearer (Unidentified)**



**71-#Insider716 (Unidentified)**

In the right place at the right time…twice.  To be interviewed by the French film crew outside the Columbus Doors and also in the House Hallway just prior to him and the French film crew being compressed and maced by Police who respond to SAs slamming into rally attendees in the Senate hallway and pushing them into police.



REDACTED

**72-#MolonSmash (Unidentified)**



Key to staging the mob assembly prior to Opening 2, he has a confederate give the "go" sign and after the door is opened, he "hi-fives" #MagaLongPinkie.  Later he may be "casing" the Oath Keepers and takes part in the attack on media with #GadsdenPouch and others.



**73- #RedOnRedGlasses (Unidentified)**



**74-#Individual4 (Unidentified)**



**75- #VanGray (#MaceStash)** entered thought the Senate access point and assisted in removing temporary barriers.



**76- #BurlytheFirst**



#BurlyTheFirst is #1 on FBI Most Wanted List.

https://seditionhunters.org/01-afo/



**77- #BigRed**



REDACTED

**78- #BlueHat**



**79-#HandsUp**

REDACTED

**80-#WhitePuffyCoatFilmer**



Miscellaneous

  

REDACTED

REDACTED