UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| V. | ) | **CRIMINAL NO. 1:22cr15-APM** |
| | ) | |
| | ) | |
| **BRIAN ULRICH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ATTORNEY LEAVE OF ABSENCE**

COMES NOW A. J. BALBO, counsel of record for Defendant Brian Ulrich, who respectfully requests that this Honorable Court grant a leave of absence in the above-styled case, which is currently pending in the United States District Court for the District of Columbia. The requested periods of leave are as follows:

**May 27 – June 6, 2022 – Family Vacation**

**November 21-25, 2022 – Thanksgiving**

>Respectfully submitted,
>
>BALBO & GREGG
>ATTORNEYS AT LAW, P.C.
>
>*/s A. J. Balbo*
>A. J. Balbo, Esq.
>Georgia Bar No.142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 Telephone
(912) 459-1777 Facsimile
aj@balbogregg.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all the parties in this case in accordance with the directives of the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this <u>27th</u> day of <u>May</u>, <u>2022</u>.

                                              Respectfully submitted,
                                              BALBO & GREGG
                                              ATTORNEYS AT LAW, P.C.

                                              */s A. J. Balbo*
                                              A. J. Balbo, Esq.
                                              Georgia Bar No.142606

P.O. Box 1297
Richmond Hill, GA  31324
(912) 459-1776 Telephone
(912) 459-1777 Facsimile
aj@balbogregg.com