IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**KENNETH HARRELSON**<br><br>**Defendant** | )<br>)<br>)<br>)<br>) Criminal No. 1:22-cr-00015-APM<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT KENNETH HARRELSON'S AMENDED OPPOSITION
## TO THE GOVERNMENT'S MOTIONS IN LIMINE (ECF 213, 214, and 215)
## REGARDING ANTICIPATED TRIAL EVIDENCE

Defendant, Kenneth Harrelson, by and through undersigned counsel, Bradford L. Geyer, Esq., and pursuant to this court's Pretrial Order, dated May 12, 2022, (ECF 133), hereby files his Opposition to the Government's three (3) Motions in Limine, docketed at ECF 213, 214, and 215. In support of his Opposition, Harrelson files his companion Memorandum of Law.

The undersigned counsel has consulted with the prosecution on Harrelson's opposition to the prosecution's motions.

Dated:  August 15, 2022         RESPECTFULLY SUBMITTED
                                KENNETH HARRELSON, *By Counsel*
                                /s/ Brad Geyer

                                Bradford L. Geyer, PHV
                                PA 62998
                                NJ 022751991
                                Suite 141 Route 130 S., Suite 303
                                Cinnaminson, NJ 08077
                                Brad@FormerFedsGroup.Com
                                (856) 607-5708

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

      /s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708