## IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) **Criminal No. 1:22-cr-00015-APM** |
| **KENNETH HARRELSON** | ) |
| | ) |
| **Defendants** | ) |
| | ) |
| | ) |

### <u>ORDER</u>

On consideration of the motion filed by the government at ECF 252 in the docket, the Motion in Limine that seeks to bar the Defendants from introducing any expert testimony at trial, and the Opposition of Defendant Kenneth Harrelson thereto, any reply in support of the motion, oral argument, and the entire record before this court, the Court determines and orders that the Government's motion is at this time, premature, and prejudicial.

It is therefore, hereby Ordered that decision on the motion in limine shall be continued for two weeks and the Defendant Harrelson shall file a status report on developments and factors in two weeks. The prosecution and Defendants shall continue to exchange information and relevant documents as to any uncompleted disclosures by the Government concerning the case or by the Defendants as to any further details about the expert witnesses as details become further available. Final report shall be due no later than September 16, 2022 unless the matter is continued or Mr. Harrelson is severed.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

Copies to all Counsel via ECF