IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>) Criminal No. 1:22-cr-00015-APM<br>**KENNETH HARRELSON** )<br>)<br>**Defendant** )<br>)<br>)<br>) | |

## DEFENDANT KENNETH HARRELSON'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION IN LIMINE TO EXCLUDE INADMISSIBLE OR UNDULY PREJUDICIAL ANTICIPATED TRIAL EVIDENCE

Defendant, Kenneth Harrelson, by and through undersigned counsel, Bradford L. Geyer, Esq., and pursuant to this court's Pretrial Order, dated May 12, 2022, (ECF 133), hereby files his Motion in Limine to Exclude Inadmissible or Unduly Prejudicial Anticipated Trial Evidence In support of his Opposition, Harrelson files his companion Memorandum of Law.

The undersigned counsel has consulted with the prosecution with the enclosed Motion in Limine.

Dated: August 18, 2022           RESPECTFULLY SUBMITTED
                                 KENNETH HARRELSON, *By Counsel*
                                 /s/ Brad Geyer

                                 Bradford L. Geyer, PHV
                                 PA 62998
                                 NJ 022751991
                                 Suite 141 Route 130 S., Suite 303
                                 Cinnaminson, NJ 08077
                                 Brad@FormerFedsGroup.Com
                                 (856) 607-5708

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 18, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

       /s/ Brad Geyer
       Bradford L. Geyer, PHV
       PA 62998
       NJ 022751991
       Suite 141 Route 130 S., Suite 303
       Cinnaminson, NJ 08077
       Brad@FormerFedsGroup.Com
       (856) 607-5708